# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREE, INC., et al., | Case No.: 3:17-cv-00506-GPC-NLS |
| Plaintiff, | **PERMANENT INJUNCTION AGAINST DEFENDANTS TARR, INC., IRON ADS, LLC AND NATHAN MARTINEZ, AND DISMISSAL OF ENTIRE ACTION** |
| v. | |
| TARR, INC., et al., | |
| Defendants. | **Honorable Gonzalo P. Curiel** |

1 | Pursuant to (i) the Stipulation for Entry of Permanent Injunction and Dismissal of Entire Action by and between Plaintiff Cree, Inc. ("Plaintiff"), and Defendants Tarr, Inc., Iron Ads, LLC and Nathan Martinez (collectively "Defendants") and (ii) the Confidential Settlement Agreement between Plaintiff and Defendants, and without acknowledgment or admission of liability of infringement by Defendants, the Court hereby ORDERS, ADJUDICATES and DECREES that a permanent injunction shall be and hereby is entered against Defendants as follows:

**1.** **PERMANENT INJUNCTION.** Defendants are hereby restrained and enjoined, pursuant to 15 United States Code § 1116(a), from engaging in, directly or indirectly, or authorizing or assisting any third party to engage in, any of the following activities in the United States and throughout the world:

(i) copying, manufacturing, importing, exporting, purchasing, marketing, advertising, offering for sale, selling, receiving, storing, fulfilling orders for, distributing or dealing in any product or service that uses, or otherwise makes any use of, any of Plaintiff's trademarks, including but not limited to the following registered marks: **CREE**® (Reg. Nos. 2,440,530; 2,452,761; 3,935,628; 3,935,629; 3,938,970; 4,026,756; 3,935,630; 3,935,631; 3,938,971; 2,922,689; 3,998,141; 3,998,142; 4,233,855; 4,234,124; 4,641,937; 4,597,310; 4,597,311; 4,767,107; 4,771,402; 4,787,288); **CREE LEDS**® (Reg. Nos. 3,360,315; 4,558,924); **CREE LED LIGHT**® (Reg. No. 3,327,299); **CREE LED LIGHTING**® (Reg. Nos. 3,891,756; 3,891,765); **CREE LED LIGHTING SOLUTIONS**® (Reg. No. 3,526,887); **CREE TRUEWHITE**® (Reg. Nos. 4,029,469; 4,091,530); **CREE TRUEWHITE TECHNOLOGY**® (Reg. Nos. 4,286,398; 4,099,381), and **XM-L**® (Reg. No. 5,294,417) (collectively, "CREE Trademarks");

(ii) copying, manufacturing, importing, exporting, purchasing, marketing, advertising, offering for sale, selling, receiving, storing, fulfilling

orders for, distributing or dealing in any product or service which uses, or otherwise makes any use of, any marks that are confusingly or substantially similar to, or which constitute colorable imitations of, any CREE Trademarks or otherwise using, advertising or displaying CREE Trademarks to suggest that non-genuine products being advertised for sale are manufactured, sponsored, endorsed, licensed or otherwise authorized by Plaintiff;

    (iii) performing or knowingly allowing others employed by or representing them, or under their control, to perform any act or thing prohibited by law, which is likely to injure Plaintiff or any CREE Trademarks;

    (iv) engaging in any acts of federal and/or state trademark infringement, false designation of origin, unfair competition, dilution, or other act which would tend to damage or injure Plaintiff or any CREE Trademarks; and/or

    (v) knowingly owning or controlling any Internet domain name or website that uses any CREE Trademarks.

**2.** This Permanent Injunction against Defendants does not apply to authentic CREE LEDs or genuine component parts bearing CREE Trademarks that are manufactured or authorized under license by CREE.

**3**. This Permanent Injunction shall be deemed to have been served upon Defendants at the time the Court posts an executed copy of this Permanent Injunction on the Southern District of California's ECF system.

**4.** The Court finds there is no just reason for delay in entering this Permanent Injunction against Defendants, and the Court directs immediate entry of this Permanent Injunction against Defendants.

**5. NO APPEALS AND CONTINUING JURISDICTION.** No appeals shall be taken from this Permanent Injunction, and the parties waive all rights to appeal. This Court expressly retains jurisdiction over this matter to enforce any violation of the terms of this Permanent Injunction by Defendants.

**6. <u>NO FEES AND COSTS.</u>** The Parties shall bear their own attorneys' fees and costs incurred in this action.

**7. <u>DISMISSAL OF ENTIRE ACTION</u>**. Upon entry of this Permanent Injunction against Defendants, this case shall be dismissed in its entirety with the Court retaining jurisdiction for purposes of enforcing the Confidential Settlement Agreement and this Order of Permanent Injunction against all Defendants.

**IT IS SO ORDERED.**

Dated: July 23, 2018

Hon. Gonzalo P. Curiel
United States District Judge